# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-21-25-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| KHALIL LAJUAN LYONS, | |
| Defendant. | |

Upon request of the Defendant, Khalil LaJuan Lyons, to allow detention hearing witness Erika Sheperd, to appear and testify at his detention hearing via telephone or via video/Zoom, and good cause appearing, IT IS HEREBY ORDERED: That the detention hearing witness, Erika Sheperd, will appear and testify at the detention hearing set for May 6, 2021 via telephone or via video/Zoom. Defense counsel will coordinate with the Clerk of Court for the Zoom appearance.

DATED this 5th day of May, 2021.

_____
John Johnston
United States Magistrate Judge

1