# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KHALIL LAJUAN LYONS,<br><br>Defendant. | Cause No.  CR 21-25-GF-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR DEFENDANT AND WITNESSES TO APPEAR BY ZOOM** |

The Defendant, Khalil Lajuan Lyons, moved this Court for an order allowing him to appear by Zoom for his sentencing on October 28, 2021 at 10:00a.m. MST.  He also sought leave for his sentencing witnesses, Greg Penson, Deba Douglas, and Erika Shepherd Lyons, to appear by Zoom.  The Government did not object. For good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED.  Mr. Lyons' counsel will contact the Clerk of Court for the Zoom link and relay that information to Mr. Lyons.

DATED this 27th day of October, 2021.

_____
Brian Morris, Chief District Judge
United States District Court